UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON OTTIS,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL BENOV, Warden,<br><br>    Respondent. | No. CV 10-5730-MMM (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 9, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE